IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>R&G PROPERTIES,<br><br>    Debtor, | |
| REPUBLIC BANK OF CHICAGO,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL K. DESMOND, not individually but as Trustee, and DELTA TRADING COMPANY, INC., an Illinois corporation,<br><br>    Defendants. | CHAPTER 7<br><br>Case No. 09 B 37463<br><br>Judge A. Benjamin Goldgar<br><br>Adv. No. 12 A 01491<br><br>Case No. 13-CV-06835<br><br>Judge John Robert Blakely<br><br>Magistrate Judge Susan Cox |
| MICHAEL K. DESMOND, not individually, but solely in his capacity as Chapter 7 Trustee,<br><br>    Counterplaintiff,<br>v.<br><br>REPUBLIC BANK OF CHICAGO,<br><br>    Counterdefendant. | |

**MOTION BY DELTA TRADING COMPANY
FOR ENTRY OF FINAL JUDGMENT**

    Defendant Delta Trading Company, Inc., by its attorneys, Richard H. Fimoff and Richard Lee Stavins, moves the Court, pursuant to FED.R.CIV.P. 54(b), to find that there is no just reason for delay and to direct entry of final judgment on the summary judgment order entered on April 21, 2014. In support thereof, movant submits herewith its memorandum of law.

1113381

        Respectfully submitted,

        /s/ Richard H. Fimoff
        One of the attorneys for Defendant Delta Trading Co., Inc.

Richard H. Fimoff
ARDC #804886
rfimoff@rsplaw.com
Richard Lee Stavins
ARDC #2710099
rstavins@rsplaw.com
Robbins, Salomon & Patt, Ltd.
*Attorneys for Defendant Delta Trading Company, Inc.*
180 North LaSalle, Suite 3300
Chicago, Illinois 60601
(312) 782-9000

1113381

## PROOF OF SERVICE

The undersigned certifies that on June 23, 2015, the foregoing motion was filed with the Court using the Court's CM/ECF system, which will send notice to the following CM/ECF participants:

Edward P. Freud
Michael B. Bregman
Ruff, Weidenaar & Reidy, Ltd.
222 North LaSalle Street, Suite 700
Chicago, IL 60601
(312) 602-4890
epfreud@rwrlaw.com

Michael K. Desmond,
not individually but as Trustee
Figliulo & Silverman, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603
(312) 251-4600
mdesmond@fslegal.com

William G. Cross
Figliulo & Silverman, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603
(312) 251-4600
wcross@fslegal.com

James. R. Figliulo
Figliulo & Silverman, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603
(312) 251-4600
jfigliulo@fslegal.com

Marc S. Porter
Figliulo & Silverman, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603
(312) 251-4600
mporter@fslegal.com

/s/ Richard H. Fimoff

1113381

4